■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE L. ALLEN, Appellant. (Appeal No. 1.) [958 NYS2d 914]— Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered April 5, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (two counts).

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Allen* (103 AD3d 1214 [2013]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.